[No. 44229-5-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. P.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-07554-8, Julie Spector, J., entered February 11, 1999. *Reversed* by unpublished per curiam opinion.

[No. 44238-4-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN GARY MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01305-9, Anita L. Farris, J., entered February 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44274-1-I.    Division One.    March 27, 2000.]

*In the Matter of the Marriage of* KAREN SHANKS, *Respondent*, and JOHN W. McDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-3-02062-0, Glenna Hall, J., entered February 16, 1999. *Remanded* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Appelwick, J.

[No. 44327-5-I.    Division One.    ·March 27, 2000.]

CAROL ANN FICHTNER, ET AL., *Respondents*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Petitioner.*

Appeal from a judgment of the Superior Court for Skagit County, No. 99-2-00074-1, Susan Kae Cook, J., entered March 19, 1999. *Reversed* by unpublished per curiam opinion. Now published at 100 Wn. App. 649.